James B. Eisenberg (JE - 6641)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re SEPTEMBER 11 PROPERTY DAMAGE AND : 21 MC 101 (AKH)
BUSINESS LOSS LITIGATION :
------------------------------------------------------------X
WORLD TRADE CENTER PROPERTIES LLC, : 08 CIV 3719
2 WORLD TRADE CENTER LLC, AND 4 WORLD :
TRADE CENTER LLC, :
: **CERTIFICATE OF**
: **SERVICE**
                                    Plaintiffs, :
:
            V. :
:
UNITED AIRLINES, INC., UAL CORPORATION, :
AMERICAN AIRLINES, INC., AMR :
CORPORATION, MASSACHUSETTS PORT :
AUTHORITY, THE BOEING COMPANY, DELTA :
AIR LINES, INC., DELTA EXPRESS, INC., :
MIDWAY AIRLINES CORPORATION, :
HUNTLEIGH USA CORPORATION, ICTS :
INTERNATIONAL, N.V., GLOBE AVIATION :
SERVICES CORPORATION, BURNS :
INTERNATIONAL SECURITY SERVICES :
CORPORATION, BURNS INTERNATONAL :
SERVICES CORPORATON, PINKERTON'S INC., :
and SECURITAS AB, :
:
                                    Defendants. :
------------------------------------------------------------X

I, James B. Eisenberg, an attorney admitted to the Bar of the State of New York and this Court, hereby certify that on April 23, 2008, I caused a true and correct copy of the Complaint, filed in the above-captioned matter on April 17, 2008, to be

served on all parties in the action by serving copies by electronic mail upon the following:

**Aviation Defendants' Liaison Counsel**
**Condon & Forsyth LLP**
685 Third Avenue, 14th Floor
New York, New York 10017
Telephone: 212-490-9100
Facsimile: 212-370-4453
Desmond T. Barry, Esq. (dbarry@condonlaw.com)
Victoria A. Turchetti, Esq. (vturchetti@condonlaw.com)

**Plaintiffs' Liaison Counsel**
**Motley Rice LLC**
28 Bridgeside Boulevard
P.O. Box 1792
Mr. Pleasant, South Carolina 29465
Telephone: 843-216-9000
Facsimile: 843-216-9450
Donald A. Migliori, Esq. (dmigliori@motleyrice.com)
Michael E. Elsner, Esq. (melsner@motleyrice.com)

-and-

**Kreindler & Kreindler**
100 Park Avenue
New York, New York 10017
Telephone: 212-687-8181
Facsimile: 212-972-9432
Marc S. Moller, Esq. (mmoller@kreindler.com)

**Property Damage/Business Loss Liaison Counsel**
**Clifford Law Offices**
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
Telephone: 312-899-9090
Facsimile: 312-251-1160
Robert A. Clifford, Esq. (rac@CliffordLaw.com)
Timothy S. Tomasik, Esq. (TST@CliffordLaw.com)

**7 WTC Ground Defendants' Liaison Counsel**
**Schiff Hardin LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
Telephone: 212-753-5000
Facsimile: 212-753-5044
Beth D. Jacob, Esq. (bjacob@schiffhardin.com)

**The United States Attorneys' Offices**
**U.S. Department of Justice**
86 Chambers Street
New York, New York 10007
Telephone: 212-637-2732
Facsimile: 212-637-2730
AUSA, Beth Goldman, Esq. (Beth.Goldman@usdoj.gov)
AUSA, Sarah Normand, Esq. (Sarah.Normand@usdoj.gov)

**The Port Authority of New York and New Jersey**
**Chief, Commercial Litigation Division**
225 Park Avenue South, 13th Floor
New York, New York 10003
Telephone: 212-435-3437
Facsimile: 212-435-3834
Keith Harris, Esq. (kharris@panynj.gov)

**Ground Defendants**
**Gogick, Byrne & O'Neill LLP**
11 Broadway
New York, NY 10004-1314
Telephone: 212-422-9424
Facsimile: 212-422-9429
Kevin O'Neill, Esq. (kjo@gogick.com)
Kevin McGrath, Esq. (kjm@gogick.com)
Attorneys for Minoru Yamasaki Associates

**Kennedy Johnson Gallagher LLP**
99 Wall Street, 15th Floor
New York, NY 10005
Telephone: 212-248-2220
Facsimile: 212-248-0170
Peter Gallagher, Esq. (pgallagher@kjglaw.com)
Derek McNally, Esq. (dmcnally@kjglaw.com)
Attorneys for Leslie E. Robertson Associates

**Milber Makris Plousadis & Seiden, LLP**
3 Barker Avenue, 6th Floor
White Plains, New York 10601
Telephone: 914-681-8700
Facsimile: 914-681-8709
Mark Seiden, Esq. (mseiden@milbermakris.com)
Marisa Lanza, Esq. (mlanza@milbermakris.com)
Attorneys for Skilling Ward Magnusson Barkshire, Inc. and
Magnusson Klemencic Associates

**Cozen O'Connor**
45 Broadway Atrium, Suite 1600
New York, New York 10006
Telephone: 212-509-9400
Facsimile: 212-509-9492
James Desmond, Esq. (JDesmond@cozen.com)
Attorneys for Tishman Realty & Construction

Dated: New York, New York
       May 1, 2008

_____
James B. Eisenberg (JE-6641)