UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :    21 MC 101 (AKH)
                                                           :
IN RE SEPTEMBER 11 PROPERTY DAMAGE    :    This document also relates to:
AND BUSINESS LOSS LITIGATION            :
                                                           :    08 CIV 3719
                                                           :    08 CIV 3722
-----------------------------------------------------------X

## DECLARATION OF KEITH E. HARRIS, ESQ.

KEITH E. HARRIS, ESQ. declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member of the Bar of this Court and am Chief of the Commercial Litigation Division of The Port Authority of New York and New Jersey ("PANYNJ").

2.      PANYNJ is a plaintiff in this action seeking damages arising out of, resulting from and relating to the terrorist related aircraft crashes of September 11, 2001.

3.      As of July 16, 2001, PANYNJ leased 1, 2, 4 and 5 (now know as 3) World Trade Center to 1 World Trade Center LLC, 2 World Trade Center LLC, 4 World Trade Center LLC and 5 World Trade Center LLC (now known as 3 World Trade Center LLC) (collectively, "WTCP").

4.      WTCP is building replacement buildings for the buildings at 1, 2, 4 and 5 World Trade Center that were destroyed on September 11, 2001.

5.      As reflected in PANYNJ's sworn February 13, 2007 Damage Disclosure and sworn February 10, 2006 Preliminary Proof of Losses (attached hereto), PANYNJ is not presently seeking damages from the Aviation Defendants in this action or recovery from its insurers for the cost of replacing 1, 2, 4 and 5 WTC so long as WTCP continues to comply with its contractual obligations to the PANYNJ.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2008

_____
KEITH E. HARRIS

# EXHIBIT 31

# CROSS-CLAIM PLAINTIFF'S DAMAGE DISCLOSURE:

| | |
|---|---|
| **Litigation Docket No.:**<br>911 Litigation Docket No. 21 MC 97 (AKH) | **Plaintiff(s) Name:**<br><br>Port Authority of New York and New Jersey |

**Loss Locations: Various**

| | |
|---|---|
| Property Insurer Names: Ace USA, Inc., Allianz Ins. Co., Caliber One Indemnity, Chubb (Federal Ins. Co.), Essex Ins. Co., Lexington (Nichido Fire & Marine), Lloyds and European Carriers (various), Royal Indemnity Co., Scor Reinsurance Co., Swiss Reinsurance Co., TIG Ins. Co., U.S. Fire Insurance Co., Zurich-American Ins. Co. | **Litigation Damages Claim***<br><br><br>**$2,739,992,000**<br><br><br>* Based on Preliminary Proof of Losses (PPOL), dated February 10, 2006. This PPOL is subject to revision and includes items of loss for which amounts are yet to be determined. |

**Total Insurance Claims Submitted Through: The Port Authority claim has not been fully adjusted**

**Total Insurance Claim Payments Through: $950 million in advance payments without allocation (See Insurance Claim Status below).**

**Insurance Claim Payment Breakdown:**

| Payment Category | Payment Amount |
|---|---|
| • Advance | $50 million |
| • Advance | $300 million |
| • Advance | $300 million |
| • Advance | $150 million |
| • Advance | $150million |

**Insurance Claim Status:** Certain declaratory judgment actions and motions to intervene have been filed in the United States District Court of the Southern District of New York. These actions have been consolidated by the Court and are pending. Preliminary Proof of Losses, subject to revision, dated February 10, 2006.

**Physical Damage:** See Below

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)
DO NOT COPY OR DISCLOSE

**Description of Business/Nature of Loss:**

Bi-state agency providing transportation, terminal and other facilities of commerce within the Port District. Facilities include John F. Kennedy International, Newark Liberty International, LaGuardia and Teterboro airports; the George Washington Bridge; the Lincoln and Holland tunnels; the three bridges between Staten Island and New Jersey; the PATH (Port Authority Trans-Hudson) rapid-transit system; the Port Authority-Downtown Manhattan Heliport; Port Newark; the Elizabeth-Port Authority Marine Terminal; the Howland Hook Marine Terminal on Staten Island; the Brooklyn Piers/Red Hook Container Terminal; and the Port Authority Bus Terminal in midtown Manhattan. The agency also owns the 16-acre World Trade Center site in Lower Manhattan.

Losses in connection with the events of 9/11/01 include, but are not limited to destruction/damage to property at the World Trade Center and PATH system, as well as loss of revenue and business interruption/extra expense at various locations. As noted above, Preliminary Proof of Losses is subject to revision and includes items of loss for which amounts are yet to be determined.

**Affidavit**

As an employee representative of the company identified above, I certify that to the best of my knowledge the foregoing information is true and correct.

Printed Name: _____ Iran H. Engel _____          Signature: _____ Iran H. Engel _____

Title: _____ Assistant Treasurer _____          Date: _____ February 13, 2007 _____

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)
DO NOT COPY OR DISCLOSE

**EXHIBIT 32**

## SWORN STATEMENT – PRELIMINARY PROOF OF LOSSES

### (subject to revision)

| | |
|---|---|
| $1,500,000,000 each occurrence<br>AMOUNT OF POLICY AT TIME OF LOSSES | Various<br>POLICY NUMBER |
| June 1, 2001 – June 1, 2002<br>POLICY PERIOD | Willis of New York, Inc.<br>7 Hanover Square<br>New York, NY 10004<br>BROKER |

To the participating insurers on the annexed Schedule A:

At the time of the losses, by the above-indicated policies of insurance, you insured the Port Authority of New York and New Jersey ("The Port Authority") and/or its affiliated, subsidiary, allied and associated companies and/or joint ventures and/or any owned (wholly or partially) or controlled company(ies) (the "Insured") as listed on the attached Notice of Loss annexed as Schedule A against the losses described according to the terms and conditions of said Policies and all forms, endorsements, transfers and assignments attached thereto.

1.    **Time and Origin:** See Schedule A.

2.    **Occupancy:** See Schedule A.

3.    **Title and Interest:** The Port Authority is a municipal corporate instrumentality and political subdivision of the States of New York and New Jersey, created and existing by virtue of the Compact of April 30, 1921, made by and between the two States, and thereafter consented to by the Congress of the United States. In general, the purpose of the States of New York and New Jersey in establishing the Port Authority was to provide transportation, terminal and other facilities of commerce with the Port District. Port Authority facilities include John F. Kennedy International, Newark Liberty International, LaGuardia and Teterboro airports; AirTrain JFK and AirTrain Newark; the George Washington Bridge and Bus Station; the Lincoln and Holland tunnels; the three bridges between Staten Island and New Jersey; the PATH (Port Authority Trans-Hudson) rapid-transit system; the Port Authority-Downtown Manhattan Heliport; Port Newark; the Elizabeth-Port Authority Marine Terminal; the Howland Hook Marine Terminal on Staten Island; the Brooklyn Piers/Red Hook Container Terminal; and the Port Authority Bus Terminal in midtown Manhattan. The Port Authority was, at the time of the loss, and is currently also the owner in fee simple title to 1 World Trade Center, 2 World Trade Center, 4 World Trade Center, 5 World Trade Center, the Mall at World Trade Center and 7 World Trade Center. In addition, the Port Authority was, and currently is the landlord under these leases. Each of these leases requires the lessees to maintain property damage and business interruption insurance.

4.    **Changes:** Since the said Policies were issued there has been no assignment thereof by the Insured.

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)
DO NOT COPY OR DISCLOSE

5.    **Amounts Claimed:** This is a preliminary proof of loss, with respect to the coverage provided by the Insurers. The total value of the losses as set forth on Schedule B ("Preliminary Proof of Losses") is $2,739,992,000. The Preliminary Proof of Losses is subject to revision as additional information with respect to the losses is available.

6.    **Insureds' Warranty:** The Port Authority warrants that our losses specified herein have been put forward in good faith and that we know of no reason, fact or matter that would entitle the Insurers to avoid the Policies or establish a valid defense to the claim arising out of their losses.

7.    **Mutual Non-Waiver:** Nothing contained in this Preliminary Proof of Losses shall vary any of the rights or obligations of the Insured or the Insurers under the Policies, and the filing of this Preliminary Proof of Losses and the payment of any amounts by the Insurers thereon shall be without prejudice to the rights of the Insured or the Insurers under the Policies.

**"Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information, concerning any fact material thereto, commits a fraudulent insurance act, which is a crime."**

The Port Authority of New York

and New Jersey, Insured

By: _~Iran Engel~_
Name: I RAN ENGEL
Title: ASSISTANT TREASURER

State of _New York_

County of _New York_

Subscribed and sworn to before me this _10th_ day of _February_ _____ 2006

_~signature~_ _____ Notary Public

ARLENE S. DELPHIN
Notary Public, State of New York
Registration No. 01CA4664007
Qualified in Westchester County
Commission Expires July 31, 2009

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)
DO NOT COPY OR DISCLOSE

# Schedule A

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)
DO NOT COPY OR DISCLOSE

**WILLIS OF NEW YORK**
7 HANOVER SQUARE, NEW YORK, NY 10004
Telephone 212-344-8888
Fax 212-804-0580

### NOTICE OF LOSS

To:            *Interested Companies*        Date: *9/26/01*

Insured:       *The Port Authority of New York & New Jersey*

Loss Locations:    *Various*

Date of Loss:    *9/11/01*

Nature: *Physical Damage, Loss Of Revenue and Civil Authority*

Policy Number:    *See Schedule Attached*    Term:    *6/1/2001 - 2002*

Amount/Policy:    *100%*    Insurance:    *100%*

Coverage:    *All Risk Real and Personal Property, EE, and BI*

Loss information
__Estimate__        __Gross__    __Deductible__    __Net__

Property
B.I.                    $5,000,000.00 combined per occurrence

Contact for Inspection

Remarks:
    We are hereby notifying interested underwriters of the above.

cc:    Emil Patrick – The Port Authority of NY & NJ
       Darrell Buchbinder  fax – (973) 624-3801
       Martha Feltenstein  fax – (917) 777-2272
       Sandy Victor – Willis NY
       Tom Coughlin – Willis NY
       Tom Cesaro – Stewart Smith East - NY

Steve Polito
Tele: 212-837-0862
Fax: 212-804-0580

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)
DO NOT COPY OR DISCLOSE

# THE PORT AUTHORITY OF NEW YORK & NEW JERSEY

## SCHEDULE OF INSURANCE

Primary — 10 million

| | |
|---|---|
| Mr. Raymond Matxia<br>AIG Technical Service<br>400 Interpace Parkway — Bldg. "A"<br>Parsippany, NJ 07054 | 100% |

Second Layer — 40 million x/s 10 million

| | |
|---|---|
| Mr. Hikaro Ono<br>Nichido Fire & Marine<br>70 Pine Street<br>New York, NY 10270 | 28.75% |
| Ms. Donna Blondich<br>Caliber One Indemnity<br>1040 Stonyhill Road<br>Yardley, PA 19067 | 12.5% |
| Mr. Mark Schwartz<br>Royal Specialty Underwriters Inc.<br>945 East Paces Ferry Road<br>Resurgens Plaza — Suite 1890<br>Atlanta, GA 30326-1125 | 6.25% |
| Mr. Frank Lattai<br>ACE Bermuda Insurance Ltd<br>ACE Global Headquarters<br>17 Woodbourne Avenue<br>Hamilton, Bermuda | 5.0% |
| Mr. Steve Kovach<br>Allianz Insurance Company<br>3400 Riverside Drive — Suite 300<br>Burbank, CA 91510-4669 | 6.25% |

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)
DO NOT COPY OR DISCLOSE

Essex Insurance Company
c/o  Markel Insurance Company
4521 Highwoods Parkway
Glen Allen, VA  23060

Mr. Andrew Jackson                                          27.0%
Willis Limited
Ten Trinity Square
London  EC3P  3AX
England

Third Layer — 50 million x/s 50 million

Mr. Hikaro Ono
Nichido Fire & Marine
70 Pine Street
New York, NY  10270

Mr. Edward Frank
Crum & Forster Insurance
P.O. Box  576
Skaneateles, NY  13152

Mr. Andrew Jackson
Willis Limited
Ten Trinity Square
London  EC3P  3AX
England

Fourth Layer — 300 million x/s 100 million

Mr. Steve Kovach                                           18.85%
Allianz Insurance Company
3400 Riverside Drive — Suite 300
Burbank, CA  91510-4669

Ms. Barbara Groves                                          9.0%
T.I.G.
44 Village Court
Hazlet, NJ  07730

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)
DO NOT COPY OR DISCLOSE

Mr. Andrew Jackson
Willis Limited                                                72.15%
Ten Trinity Square
London EC3P 3AX
England

**Fifth Layer – 600 million x/s 400 million**

Mr. Steve Kovach
Allianz Insurance Company                                    22.85%
3400 Riverside Drive – Suite 300
Burbank, CA 91510-4669

Mr. Tom Florkowski
CHUBB Group                                                   5.0%
55 Water Street
New York, NY 1004

Mr. Andrew Jackson
Willis Limited                                                72.15%
Ten Trinity Square
London EC3P 3AX
England

**Sixth Layer – 500 million x/s 1 BN**

Mr. Steve Kovach
Allianz Insurance Company                                    14.0%
3400 Riverside Drive – Suite 300
Burbank, CA 91510-4669

Mr. Dennis Smith
Zurich Insurance Company                                     3.85%
Faxed – 212-546-8856

Mr. Andrew Jackson
Willis Limited                                                72.15%
Ten Trinity Square
London EC3P 3AX
England

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)
DO NOT COPY OR DISCLOSE

# Schedule B

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)
DO NOT COPY OR DISCLOSE

**PORT AUTHORITY**
Preliminary Proof of Losses
(09/XX/01 (000s))

| DESCRIPTION | Ref.# | AMOUNTS CLAIMED (Subject to Revision) |
|---|---|---|
| **PROPERTY** | | |
| * WTC 6 - U.S.Customs | 1 | $399,579 |
| * PATH | | |
| ** Downtown Restoration Program | | |
| * Temporary WTC Station | 2 | 330,596 |
| ** Demolition of temporary station | 3 | 75,138 |
| * Rehab tunnels E & F | 4 | 103,886 |
| * Exchange Place | 5 | 84,864 |
| * Permanent Path Terminal | 6 | 381,868 |
| * Hoboken Ferry Terminal | 7 | 2,472 |
| * Rail Cars | 8 | 10,500 |
| * Pier A | 9 | 5,267 |
| * Con Ed Substation | 10 | 54,769 |
| * Hudson River Pump Station | 11 | 681 |
| * MacMillan Bloedel property acquisition | 12 | 6,918 |
| * 130 Liberty Street | | TBD |
| * 140 Liberty Street | | TBD |
| * 155 Cedar Street | | TBD |
| * 7 WTC - condemnation of certain property | | TBD |
| | | |
| **SITE WORK** | | |
| * Debris removal | 14 | TBD |
| * WTC Site Planning - DRP (to 12/31/05) | 15 | 34,777 |
| * WTC Site Work - DRP (to 12/31/05) | 15 | 80,219 |
| * WTC Site Work - other (to 12/31/05) | 15 | 7,830 |
| * Site Maintenance (7/02 to 12/31/05) | 16 | 37,378 |
| * Decontamination and Storage Program | 17 | 15,000 |
| | | |
| **FIXED ASSETS** | | |
| * Contents and Furnishings | 18 | 119,748 |
| * Improvements and Betterments | 19 | 155,758 |
| * Port Authority Vehicles (WTC) - destroyed | 20 | 2,915 |
| | | |
| **ARTWORK** | | |
| * PA leasehold artwork | 21 | 449 |
| * Photo Archives | 22 | 32,467 |
| * Video Archive | 23 | 91,188 |
| | | |
| **VALUABLE PAPER/SYSTEMS RECOVERIES** | | |
| * Restoration/recreation costs ( 9/11/01-9/30/05) | 24 | 2,161 |
| * Engineering Drawings | 25 | 99,248 |
| | | |
| **BUSINESS INTERRUPTION** | | |
| * PATH (9/11/01 - 12/31/03) | 26 | 93,823 |
| * PATH (01/01/04 ~ 11/30/04) | 26 | 28,578 |
| * WTC (09/11/01 - 09/30/09) | 26 | 83,529 |
| * TBT (09/11/01 - 12/31/01) | 26 | 17,040 |
| * AVIATION (09/11/01 - 12/31/01) | 26 | 30,813 |
| * Economic Development (09/11/01 - 12/31/01) | 26 | 877 |
| * Port Commerce (09/11/01 - 12/31/01) | 26 | 459 |
| * Allocated Expenses (09/11/01 - 12/31/01) | 26 | (1,175) |
| * Contingent loss of Net Lesees rent | 27 | TBD |
| * Increased Labor and Security Costs ( 9/11/01 - 07/06/02 ) | 28 | 98,400 |
| * Projected Cost of PA Office Space - Rent (9/11/01 - 09/30/09) | 29 | 165,200 |

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)



PORT AUTHORITY
(Preliminary Proof of Losses)
in (000's)

| DESCRIPTION | Ref.# | AMOUNTS CLAIMED (Subject to Revision) |
|---|---|---|
| **EMERGENCY EXPENSE** | | |
| * Technology - emergency expense only | EXB.1 | 14,333 |
| * Public Safety | EXB.1 | 833 |
| * Job shoppers (9/11/01 - 09/30/05) | A16 | 1,476 |
| * Materials, Services, and Equipment | EXB.1 | 12,702 |
| * Stockroom withdrawals for WTC emergency use | A17 | 2,281 |
| * Meals, Lodging and Travel | EXB.1 | 2,610 |
| * Pumping/plugging of PATH tunnels E & F | A18 | 1,992 |
| * Vehicle rental/purchase/useage | EXB.1 | 1,757 |
| **RELOCATION COSTS/EXPENSES** | | |
| * Architects and Engineers | A19 | 2,015 |
| * Fit-out costs of temp. PA office space | A20 | 52,407 |
| * Temporary F&F - purchase/rental | A21 | 2,467 |
| * Relocation expenses | A22 | 4,190 |
| * Increased shuttle expense | A23 | 319 |
| **EXTRA EXPENSE** | | |
| * New York and New Jersey Regional Promotion | A2 | 20,000 |
| * Consultants/legal (9/11/01 - 09/30/05) | A25 | 15,409 |
| * Other | EXB.1 | 1,961 |
| **NET LESSEE SHORTFALL** | | |
| * 1 WTC | | TBD |
| * 2 WTC | | TBD |
| * 4 WTC | | TBD |
| * 5 WTC | | TBD |
| * Mall at WTC | | TBD |
| * 7 WTC | | TBD |
| Estimated total to date | | $2,739,992 |

**NOTES**

"TBD" - To Be Determined

See Exhibit 1 for further breakdown of certain categories - as referenced above

SUBJECT TO CONFIDENTIALITY
PROTECTIVE ORDER IN RE
SEPTEMBER 11 LITIGATION
21 MC 97(AKH) (S.D.N.Y.)
DO NOT COPY OR DISCLOSE