UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

IN RE SEPTEMBER 11 LITIGATION

------------------------------------------------------------------

WORLD TRADE CENTER PROPERTIES LLC, et al.,

                                     Plaintiffs,

   -against-

UNITED AIRLINES, INC., et al.,

                                     Defendants.

------------------------------------------------------------------ x

**ORDER**

21 MC 101 (AKH)

08 Civ. 3719

ALVIN K. HELLERSTEIN, U.S.D.J.:

       My finding and facts and conclusions of law fully resolved the claims filed in 08 Civ. 3719. The case is dismissed with prejudice and without costs, and the Clerk shall mark the case closed.

       SO ORDERED.

Dated:    August 28, 2013
             New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

1